IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

2005 DEC 12 P 3:08

PHILLIPPI S. LOWE, Pro Se,
    Plaintiffs,

vs.   CASE NO. 2:05cv1181-T

RICHARD N. SMITH,   Jury Demand
ELOISE M. SMITH, and
LILLIAN FRIESON
    Defendants.

## COMPLAINT
### Jurisdiction

The jurisdiction of this Court is involved under diversity of Citizenship 28 U.S.C. section 13:32 in that Richard N. Smith, and Eloise M. Smith lives in another state (Pensacola Florida) also under 28 U.S.C. Section 1343 (3), and 42usc 1983, this being an action authorized by law to deprivation under color of state law, statute, ordinance, regulation, custom or usage of right, privilege, and immunity secured to Plaintiff by the First, Fourth, Fifth and Fourteenth Amendment to the Constitution of the United States.

### Parties

1. Plaintiff, PHILLIPPI S. LOWE, is a resident of Conecuh County, Alabama.

2. Defendant, RICHARD N. SMITH, is a resident of Pensacola Florida.

3.  Defendant, ELOISE M. SMITH, is a resident of Pensacola Florida.

4.  Defendant, LILLIAN FRIESON, is a resident of Mobile County, Alabama.

### Statement of Facts

5.  On or about September 4, 2002, in Escambia County Florida, while traveling on Florida Highway U.S. Alt 90 with Mrs. Frieson, Plaintiff, stopped by a traffic light at the intersection of Pine Forest Road, while waiting for traffic light to change from red to green.

6.  Defendant Richard N.(Eloise) Smith was on a drinking alcohol and driving spree, while traveling on Florida Highway U.S. Alt 90 was traveling at a speed which he could not control his vehicle, and hit vehicle driven by Plaintiff in the rear. Plaintiff Phillippi Lowe, paramedics and Florida Highway Patrol notice immediately that Defendant Richard N. Smith was under the influence of alcohol by smell, slurring speech, staggering, and etc. **The Florida Highway Patrol charged Richard (Eloise) Smith with causing the accident (careless driving) only, when it was clear to everyone at the scene that Richard N. Smith was drunk.**

7.  Defendant, ELOISE M. SMITH, knowing Richard Smith had been drinking, and knowing that it is against the law, to drink (alcohol) and drive, Mrs. Eloise let Richard Smith drive her insured (USAA) car, which caused a accident

body injuries, medical expense, property damages, un-repairable damages lost to ElecChem space & medical Technology Inc., SEED association, and CFS film & Electronics Inc. Plaintiff Phillippi S. Lowe further allege that he was openly discriminated against by the (all white Officers present at the scene) Pensacola branch of Florida Highway Patrols, because he is a black minority, and from Alabama, the Florida Highway Patrols (after talking to Mr. Smith privately and to aid the white Defendants) the all white Florida Highway Patrol would not administer a sobriety test that would have resulted in Richard N. Smith, and Eloise M. Smith being arrested. The Pensacola branch of the Florida Highway Patrols failure to enforce the traffic laws, because Plaintiff was black, and Defendants was white allowed the law to be broken by the Smith's, could have resulted in the death or injuries to another motorist or even themselves.

8. Defendant, Mrs. Frieson assured Plaintiff Phillippi S Lowe she had a reputable insurance with Alfa, which Plaintiff learn later Alfa is not what Mrs. Frieson said they were, and would not even pay Defendant Mrs. Frieson medical expenses, damages, and lost.

### ACTION UNDER 42 u.s.c. 1983
#### Count 1

9. This action is one at law brought for the Civil and

criminal action of Richard N. Smith, and Eloise M. Smith drinking alcohol and driving spree, causing accident bodily injuries, property damages, medical expenses, Inc./ Association lost etc. and to redress the deprivation under color of statute, ordinance, regulation custom or usage of a right, privilege, immunity secured to the Plaintiff by the Fifth, and Fourteenth Amendment to the Constitution of the United States.

10. Plaintiff incorporates by reference Paragraphs 1 through 8 above and re-alleges the same as it fully and completely set out herein.

11. Plaintiff alleges his right by the Fifth and Fourteenth Amendments, and his right to receive due process and equal protection of the law as provided by the Fifth and Fourteenth Amendment of the U.S. Constitution, have been violated by Defendants. **Evidences marked exhibit A B C.**

WHEREFORE, Plaintiff demands judgment against the Defendants in the sum of SEVENTY FIVE THOUSAND DOLLARS ($75,000.00) each, medical expense, pain, punitive, property damages the felonies, torts, civil, and criminal action committed by Richard N. Smith, and Eloise M. Smith, interest the cost of this action, and reasonable attorney fees as provided for by statute.

## JURY DEMAND

Plaintiff respectfully demand a trial by jury.

Respectfully submitted

*[signature]*

Phillipl S. Lowe, et al.
P.O. Box 368
Evergreen, Alabama 36401
(334) 284-6888

Defendants may be served as follows:

Mr. Richard N. Smith
3237 Tallship Lane
Pensacola, Florida 32526

Mrs. Eloise M. Smith
3237 Tallship Lane
Pensacola, FL. 32526

Mrs. Lillian Frieson
P.O. Box 794
Monroeville, AL. 36461

### SERVICE NOTICE ACCORDING TO LAW

Secretary of State
Glenda Hood
R.A. Gray Building
500 South Bronough Street
Tallahassee, Fla. 32399

### INCORPORATION COURTESY INCORPORATION NOTICE

| | |
|---|---|
| USAA Insurance Company<br>P.O. Box 659461<br>San Antonio, TX 78265 | ALFA Insurance Co.<br>4915 Carmicael Rd.<br>Montgomery, AL 36106 |