1. ☐ LAW ENFORCEMENT SHORT FORM REPORT
2. ☐ DRIVER REPORT OF TRAFFIC CRASH
3. ☒ DRIVER EXCHANGE OF INFORMATION

DO NOT WRITE IN THIS SPACE

## Time & Location

| DATE OF CRASH | TIME OF CRASH | TIME OFFICER NOTIFIED | TIME OFFICER ARRIVED | INVEST. AGENCY REPORT NUMBER | HSMV CRASH REPORT NUMBER |
|---|---|---|---|---|---|
| 09 04 03 | 3:19 PM | 8:21 PM | 8:99 PM | OR 39-1335434 | 01993948 |

COUNTY/CITY CODE: 05-00
Feet or 7 Miles N☒ S☐ E☐ W☐ of CITY OR TOWN: Pensacola
COUNTY: Escambia
NO. OF LANES: 2
1☐ DIVIDED  2☒ UNDIVIDED
ON STREET, ROAD OR HIGHWAY: U.S. Air 90 (R-10)

AT INTERSECTION OF: ___ or 1000 ☐N ☐S ☐E ☒W FEET/MILES OF INTERSECTION OF: SR 297 (Pine Forest Road)

## Section 1 - Vehicle

| YEAR | MAKE | TYPE | VEHICLE LICENSE TAG NO. | STATE | YEAR | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|---|---|---|---|
| 01 | MERC | 4 DOOR | HD 7967 | FL | 03 | 1MEFM53U11A605357 |

Check Areas of Vehicle Damage: Front ☒

INSURANCE COMPANY: U.S.A.A.
POLICY NO.: 00138 85 31/C 7105 4 02865

OWNER'S FULL NAME (Check if Same as Driver ☒)

DRIVER: Richard Neal Smith
ADDRESS: 3237 Talkship Ln
CITY AND STATE: Pensacola FL
ZIP CODE: 32526

DRIVER'S LICENSE NUMBER: S530-754-36-128
STATE: FL  LIC. TYPE: E
DATE OF BIRTH: 04/08/36
RACE: W  SEX: M

DRIVER HOME PHONE: 458-5622

VEHICLE REMOVED BY: 3. Driver

## Section 2 - Vehicle

| YEAR | MAKE | TYPE | VEHICLE LICENSE TAG NO. | STATE | YEAR | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|---|---|---|---|
| 03 | SATURN | 4 DOOR | CW2528 | AL | 03 | 1G8ZH5286 21 23648 |

Check Areas of Vehicle Damage: Rear ☒

INSURANCE COMPANY: Alfa Mutual
POLICY NO.: A2143645

OWNER'S FULL NAME: Lillian Frieson
ADDRESS: P.O. Box 3612
CITY AND STATE: Mobile AL
ZIP CODE: 36652

DRIVER: Phillip Sulter Lowe
ADDRESS: 109 S. Ship Street
CITY AND STATE: Eufaula AL 36101

DRIVER'S LICENSE NUMBER: 5111033
STATE: AL  LIC. TYPE: D
DATE OF BIRTH: 09/06/51
RACE: B  SEX: M

DRIVER HOME PHONE: 598-4617

VEHICLE REMOVED BY: Owner

PASSENGER'S NAME: Lillian Frieson
ADDRESS: P.O. Box 3612 Mobile AL 36652 (D.O.B. 11/01/53)

## Section 3

(blank)

## Violator / Charge

| VIOLATOR | FL STATUTE NUMBER | NAME | CHARGE | CITATION # |
|---|---|---|---|---|
| 1 | 316.303 | Richard Smith | Careless Driving | 5389 BCN |

PROPERTY DAMAGED - Other than vehicles: None

WITNESSES other than PASSENGERS: None

RANK AND SIGNATURE OF RESPONDING/INVESTIGATING OFFICER
ID/BADGE NO.  DEPARTMENT: 414000  FHP
☒ FHP  ☐ CPD  ☐ SO  ☐ OTHER

HSMV 90006 (Rev. 11/98) S

☐ YOU MUST READ AND COMPLY WITH THE INSTRUCTIONS ON THE BACK OF THIS FORM
☐ NO FURTHER ACTION REQUIRED BY YOU, REPORT COMPLETED BY LAW ENFORCEMENT AGENCY

Section 316.066(1), Florida Statutes, requires that "the driver of a vehicle which is in any manner involved in an accident resulting in bodily injury to or death of any person or damage to any vehicle or other property in an apparent amount of at least $500 shall, within 10 days after the accident, forward a written report of such accident to the Department. However, when the investigating officer has made a written report of the accident...no written report need be forwarded to the Department by the driver."

**IF YOU WERE TOLD TO COMPLETE AND FORWARD THIS REPORT TO THE DEPARTMENT, PLEASE REFER TO THE FOLLOWING INSTRUCTIONS AND EXAMPLE PRIOR TO DOING SO.**

**PLEASE:**   • *Print clearly and fill in all areas.*

**EXAMPLE:**

[Sample completed crash report form showing: Date of Crash 01/01/85, Time 11:30 PM, City St. Petersburg, County Pinellas, On Street 2nd Street South, At Intersection of U.S. 19, Vehicle: 80 Ford Car, License ABC-123 FL 85, Insurance Co. of FL, Policy I.C.F. 120000, Owner John Doe, 1111 First Street North, St. Petersburg, FL 33731, Driver Bill Doe (same as owner), DL D56134546000, FL, DOB 01/01/70, Race W, Sex M, Est. Damage $500.00; Witnesses: John Smith, 100 8th Ave. South, St. Petersburg, FL 33731; Bill Smith, 100 8th Ave. South, St. Petersburg, FL 33731; Officer Cpl. Mike Jones, ID 4001, Department St. Petersburg, CPD]

• Keep a copy of this report for your records and for insurance purposes.
• Sign the report.
• Mail this report to:   **Department of Highway Safety & Motor Vehicles**
   **Traffic Crash Records**
   **Tallahassee, Florida 32399**

*Signature of Driver Making Report:* _____