Exhibit 20A

# FLORIDA TRAFFIC CRASH REPORT
## LONG FORM
MAIL TO: DEPT. OF HIGHWAY SAFETY & MOTOR VEHICLES, TRAFFIC CRASH RECORDS, NEIL KIRKMAN BUILDING, TALLAHASSEE, FL 32399-0537

DO NOT WRITE IN THIS SPACE

**Time & Location**
- DATE OF CRASH: 09/04/02
- TIME OF CRASH: 8:19 PM
- TIME OFFICER NOTIFIED: 8:21 PM
- TIME OFFICER ARRIVED: 8:29 PM
- INVEST. AGENCY REPORT NUMBER: 02-39-13353-09
- HSMV CRASH REPORT NUMBER: 71147966
- COUNTY / CITY CODE: 09-00
- FEET or MILE(S): 7, W
- CITY OR TOWN: Pensacola
- COUNTY: Escambia
- NO. OF LANES: 2, UNDIVIDED
- ON STREET, ROAD OR HIGHWAY: U.S. Alt 90 (S.R. 10)
- AT THE INTERSECTION OF: FEET 1000, W
- FROM INTERSECTION OF: Pine Forest Road (Pine Forest Road)

## Section 1 — Vehicle 1
- DRIVER ACTION: 3 (N/A)
- YEAR: 01
- MAKE: MERC
- TYPE: 01
- USE: 01
- VEH. LICENSE NUMBER: HD796T
- STATE: FL
- VIN: 1MEFM53U11AG05357
- SHOW FIRST POINT OF VEHICLE: 1
- VEHICLE TRAVELLING: W on U.S. Alt 90
- Est MPH: 15
- Posted Speed: 45
- EST. VEHICLE DAMAGE: 50.00 (Functional)
- EST. TRAILER DAMAGE: —
- DAMAGE AND CIRCLE DAMAGED AREA(S): 1
- MOTOR VEHICLE INSURANCE COMPANY: U.S.A.A.
- POLICY NUMBER: 0013885 31C 7105 4
- VEHICLE REMOVED BY: —
- TOW: 3 (Driver)
- NAME OF VEHICLE OWNER (Same As Driver): X
- NAME OF DRIVER: Richard Neal Smith
- CURRENT ADDRESS: 3537 Tallship Lane
- CITY, STATE & ZIP: Pensacola, FL 32526
- DATE OF BIRTH: 04-08-36
- DRIVER LICENSE NUMBER: S530-754-36-128
- STATE: FL
- DL TYPE: 5
- REQ. END: 3
- ALC/DRUG TEST TYPE: 5 (None)
- RESULTS: —
- ALC/DRUG: 5
- PHYS.DEF.: 1
- RES.: 1
- RACE: 1
- SEX: 1
- INJ.: 3
- S. EQUIP.: 2
- EJECT.: 1
- HAZARDOUS MATERIALS: 2 No
- PLACARDED: 2 No
- DRIVER'S PHONE: (850) 458-5622

## Section 2 — Vehicle 2
- DRIVER ACTION: 3 (N/A)
- YEAR: 02
- MAKE: SATURN
- TYPE: 01
- USE: 01
- VEH. LICENSE NUMBER: CD2528
- STATE: AL
- VIN: 1G8ZH5286SZ123648
- SHOW FIRST POINT OF VEHICLE: 8
- VEHICLE TRAVELLING: W on U.S. Alt 90
- Est MPH: 0
- Posted Speed: 45
- EST. VEHICLE DAMAGE: 250.00 (Functional)
- EST. TRAILER DAMAGE: —
- MOTOR VEHICLE INSURANCE COMPANY: Alfa Mutual
- POLICY NUMBER: A 2142 645
- VEHICLE REMOVED BY: Owner
- TOW: 4 (Other)
- NAME OF VEHICLE OWNER: Lillian Frieson
- CURRENT ADDRESS: P.O. Box 2612
- CITY, STATE: Mobile, AL 36652
- NAME OF DRIVER: Phillippi Sylter Lowe
- CURRENT ADDRESS: 109 S. Shipp Street
- CITY, STATE & ZIP: Evergreen, AL 36401
- DATE OF BIRTH: 02-06-51
- DRIVER LICENSE NUMBER: 2991683
- STATE: AL
- DL TYPE: 5
- REQ. END: 3
- ALC/DRUG TEST TYPE: 5
- ALC/DRUG: 1
- PHYS.DEF.: 1
- RES.: 3
- RACE: 2
- SEX: 1
- INJ.: 3
- S. EQUIP.: 2
- EJECT.: 1
- HAZARDOUS MATERIALS: 2 No
- PLACARDED: 2 No
- DRIVER'S PHONE: (251) 578-4617

## Code Information

| VEHICLE TYPE | VEHICLE USE | TRAILER TYPE | RESIDENCE (Driver / Ped.) | PHYSICAL DEFECTS | ALCOHOL / DRUG USE | LOCATION IN VEHICLE |
|---|---|---|---|---|---|---|
| 01 Automobile | 01 Private Transportation | 01 Single Semi Trailer | 1 County of Crash | 1 No Defects Known | 1 Not Drinking or Using Drugs | 1 Front Left |
| 02 Van | 02 Commercial Passengers | 02 Tandem Semi Trailer | 2 Elsewhere in State | 2 Eyesight Defect | 2 Alcohol - Under Influence | 2 Front Center |
| 03 Light Truck / P.U.- 2 or 4 rear tires | 03 Commercial Cargo | 03 Tank Trailer | 3 Non-Resident Out of State | 3 Fatigue / Asleep | 3 Drugs - Under Influence | 3 Front Right |
| 04 Medium Truck - 4 rear tires | 04 Public Transportation | 04 Saddle Mount / Flatbed | 4 Foreign  5 Unknown | 4 Hearing Defect | 4 Alcohol & Drugs - Under Influence | 4 Rear Left |
| 05 Heavy Truck - 2 or more rear axles | 05 Public School Bus | 05 Boat Trailer | DL TYPE / RACE | 5 Illness | 5 Had Been Drinking | 5 Rear Center |
| 06 Truck Tractor (Cab-Bobtail) | 06 Private School Bus | 06 Utility Trailer | 1 A  2 B  3 C / 1 White | 6 Seizure, Epilepsy, Blackout | 6 Pending ALC/DRUG Test Results | 6 Rear Right |
| 07 Motor Home (RV) | 07 Ambulance | 07 House Trailer | 4 D / Chauffeur / 2 Black | 7 Other Physical Defect | SAFETY EQUIPMENT IN USE | 7 In Body Of Truck |
| 08 Bus (driver + seats for 9-15) | 08 Law Enforcement | 08 Pole Trailer | 5 E / Operator / 3 Hispanic | INJURY SEVERITY | 1 Not In use | 8 Bus Passenger |
| 09 Bus (driver + seats for over 15) | 09 Fire / Rescue | 09 Towed Vehicle | 6 E / Oper.-Rest. / 4 Other | 1 None | 2 Seat Belt / Shoulder Harness | 9 Other |
| 10 Bicycle | 10 Military | 10 Auto Transport | 7 None | 2 Possible | 3 Child Restraint | |
| 11 Motorcycle | 11 Other Government | 77 Other | REQUIRED ENDORSEMENTS / SEX | 3 Non-Incapacitating | 4 Air Bag - Deployed | EJECTED |
| 12 Moped | 12 Dump | | 1 Yes / 1 Male | 4 Incapacitating | 5 Air Bag - Not Deployed | 1 No |
| 13 All Terrain Vehicle | 13 Concrete Mixer | | 2 No / 2 Female | 5 Fatal (Within 30 Days) | 6 Safety Helmet | 2 Yes |
| 14 Train | 14 Garbage or Refuse | | 3 No Endorsement Required | 6 Non-Traffic Fatality | 7 Eye Protection | 3 Partial |
| 15 Low Speed Vehicle | 15 Cargo Van | | | | | |
| 77 Other | 77 Other | | | | | |