# Section 3

## Vehicle / Pedestrian

| DRIVER ACTION | 1. Phantom 2. Hit & Run 3. N/A | YEAR | MAKE | TYPE | USE | VEH. LICENSE NUMBER | STATE | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|---|---|---|---|---|---|

| TRAILER OR TOWED VEHICLE INFORMATION | TRAILER TYPE |
|---|---|

**SHOW FIRST POINT OF VEHICLE DAMAGE AND CIRCLE DAMAGED AREA(S)**
- 8. Undercarriage
- 19. Overturn
- 20. Windshield
- 21. Trailer

| VEHICLE TRAVELLING N S E W | ON | AT | Est MPH | Posted Speed | EST. VEHICLE DAMAGE: 1. Disabling 2. Functional 3. No Damage | EST. TRAILER DAMAGE |
|---|---|---|---|---|---|---|

| MOTOR VEHICLE INSURANCE COMPANY (LIABILITY OR PIP) | POLICY NUMBER | VEHICLE REMOVED BY: 1. Tow Rotation List  3. Driver  2. Tow Owner's Request  4. Other |
|---|---|---|

| NAME OF VEHICLE OWNER (Check Box If Same As Driver) | CURRENT ADDRESS (Number and Street) | CITY AND STATE | ZIP CODE |
|---|---|---|---|

| NAME OF OWNER ( Trailer or Towed Vehicle) | CURRENT ADDRESS (Number and Street) | CITY AND STATE | ZIP CODE |
|---|---|---|---|

| NAME OF MOTOR CARRIER (Commercial Vehicle Only) | CURRENT ADDRESS (Number and Street) | CITY, STATE AND ZIP CODE | US DOT or ICC MC IDENTIFICATION NUMBERS |
|---|---|---|---|

| NAME OF DRIVER ( Take From Driver License) / PEDESTRIAN | CURRENT ADDRESS (Number and Street) | CITY, STATE & ZIP CODE | DATE OF BIRTH |
|---|---|---|---|

| DRIVER LICENSE NUMBER | STATE | DL TYPE | REQ. END. | ALC/DRUG TEST TYPE 1 Blood 3 Urine 5 None 2 Breath 4 Refused | RESULTS | ALC/DRUG | PHYS.DEF. | RES. | RACE | SEX | INJ. | S. EQUIP. | EJECT. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| HAZARDOUS MATERIALS BEING TRANSPORTED 1 Yes 2 No | PLACARDED 1 Yes 2 No | IF YES, INDICATE NAME OR 4 DIGIT NUMBER FROM DIAMOND OR BOX ON PLACARD, AND 1 DIGIT NUMBER FROM BOTTOM OF DIAMOND. | WAS HAZARDOUS MATERIAL SPILLED? 1 Yes 2 No | RECOMMEND DRIVER RE-EXAM, IF YES EXPLAIN IN NARRATIVE 1 Yes 2 No | DRIVER'S PHONE NO. ( ) |
|---|---|---|---|---|---|

| # 1 | PROPERTY DAMAGED - OTHER THAN VEHICLES | EST. AMOUNT $ | OWNER'S NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| # 2 | PROPERTY DAMAGED - OTHER THAN VEHICLES | EST. AMOUNT $ | OWNER'S NAME | ADDRESS | CITY | STATE | ZIP |

## CONTRIBUTING CAUSES - DRIVER / PEDESTRIAN

| | 1 | 2 | 3 |
|---|---|---|---|
| 01 No Improper Driving / Action | | | |
| 02 Careless Driving (Explain In Narrative) | 02 | 01 | |
| 03 Failed To Yield Right - of - Way | | | |
| 04 Improper Backing | | | |
| 05 Improper Lane Change | | | |
| 06 Improper Turn | | | |
| 07 Alcohol - Under Influence | | | |
| 08 Drugs - Under Influence | | | |
| 09 Alcohol & Drugs - Under Influence | | | |
| 10 Followed Too Closely | | | |
| 11 Disregarded Traffic Signal | | | |
| 12 Exceeded Safe Speed Limit | | | |
| 13 Disregarded Stop Sign | | | |
| 14 Failed To Maintain Equip. / Vehicle | | | |
| 15 Improper Passing | | | |
| 16 Drove Left of Center | | | |
| 17 Exceeded Stated Speed Limit | | | |
| 18 Obstructing Traffic | | | |

- 19 Improper Load
- 20 Disregarded Other Traffic Control
- 21 Driving Wrong Side / Way
- 22 Fleeing Police
- 23 Vehicle Modified
- 24 Driver Distraction (Explain In Narrative)
- 77 All Other (Explain In Narrative)

### VEHICLE DEFECT

| | 1 | 2 | 3 |
|---|---|---|---|
| 01 No Defects | | | |
| 02 Def. Brakes | | | |
| 03 Worn / Smooth Tires | 01 | 01 | |
| 04 Defective / Improper Lights | | | |
| 05 Puncture / Blowout | | | |
| 06 Steering Mech. | | | |
| 07 Windshield Wipers | | | |
| 08 Equipment / Vehicle Defect | | | |
| 77 All Other (Explain In Narrative) | | | |

### POINT OF COLLISION

| | 1 | 2 | 3 |
|---|---|---|---|
| 01 On Road | | | |
| 02 Not On Road | 01 | 01 | |
| 03 Shoulder | | | |
| 04 Median | | | |
| 05 Turn Lane | | | |

### WORK AREA

| | 1 | 2 | 3 |
|---|---|---|---|
| 01 None | | | |
| 02 Nearby | 01 | 01 | |
| 03 Entered | | | |

### VEHICLE MOVEMENT

| | 1 | 2 | 3 |
|---|---|---|---|
| 01 Straight Ahead | | | |
| 02 Slowing / Stopped / Stalled | | | |
| 03 Making Left Turn | | | |
| 04 Backing | 01 | 02 | |
| 05 Making Right Turn | | | |
| 06 Changing Lanes | | | |
| 07 Entering / Leaving / Parking Space | | | |
| 08 Properly Parked | | | |
| 09 Improperly Parked | | | |
| 10 Making U-Turn | | | |

- 11 Passing
- 12 Driverless or Runaway Vehicle
- 77 All Other (Explain In Narrative)

### PEDESTRIAN ACTION

| | 1 | 2 | 3 |
|---|---|---|---|
| 01 Crossing Not at Intersection | | | |
| 02 Crossing at Mid-block Crosswalk | | | |
| 03 Crossing at Intersection | | | |
| 04 Walking Along Road With Traffic | | | |
| 05 Walking Along Road Against Traffic | | | |
| 06 Working on Vehicle In Road | | | |

- 07 Working In Road
- 08 Standing/Playing In Road
- 09 Standing In Pedestrian Island
- 77 All Other (Explain In Narrative)
- 88 Unknown

### VEHICLE SPECIAL FUNCTIONS

| | 1 | 2 | 3 |
|---|---|---|---|
| 1 None | | | |
| 2 Farm | | | |
| 3 Police Pursuit | 1 | 1 | |
| 4 Recreational | | | |
| 5 Emergency Operation | | | |
| 6 Construction / Maintenance | | | |

### SOURCE OF CARRIER INFORMATION

| | 1 | 2 | 3 |
|---|---|---|---|
| 1 Not Applicable | | | |
| 2 Shipping Papers | | | |
| 3 Vehicle Side | | | |
| 4 Driver | | | |
| 5 Other | | | |

### LOCATION TYPE

| | |
|---|---|
| 1 Primarily Business | |
| 2 Primarily Residential | 1 |
| 3 Open Country | |

## FIRST / SUBSEQUENT HARMFUL EVENT(S)

- 01 Collision With MV in Transport( Rear End)
- 02 Collision With MV in Transport( Head On)
- 03 Collision With MV in Transport( Angle)
- 04 Collision With MV in Transport( Left Turn)
- 05 Collision With MV in Transport( Right Turn)
- 06 Collision With MV in Transport( Sideswipe)
- 07 Collision With MV in Transport( Backed Into)
- 08 Collision With Parked Car
- 09 Collision With MV on Roadway
- 10 Collision With Pedestrian
- 11 Collision With Bicycle
- 12 Collision With Bicycle (Bike Lane)
- 13 Collision With Moped
- 14 Collision With Train
- 15 Collision With Animal
- 16 MV Hit Sign / Sign Post
- 17 MV Hit Utility Pole / Light Pole
- 18 MV Hit Guardrail
- 19 MV Hit Fence
- 20 MV Hit Concrete Barrier Wall
- 21 MV Hit Bridge/Pier/Abutment/Rail
- 22 MV Hit Tree /Shrubbery
- 23 Collision With Construction Barricade Sign
- 24 Collision With Traffic Gate
- 25 Collision With Crash Attenuators
- 26 Collision With Fixed Object Above Road
- 27 MV Hit Other Fixed Object
- 28 Collision With Moveable Object On Road
- 29 MV Ran Into Ditch/Culvert
- 30 Ran Off Road Into Water
- 31 Overturned
- 32 Occupant Fell From Vehicle
- 33 Tractor/Trailer Jackknifed
- 34 Fire
- 35 Explosion
- 36 Downhill Runaway
- 37 Cargo Loss or Shift
- 38 Separation of Units
- 39 Median Crossover
- 77 All Other (Explain In Narrative)

| | 1 | 2 | 3 |
|---|---|---|---|
| | 01 | | |

### ROAD SYSTEM IDENTIFIER

| | |
|---|---|
| 01 Interstate | |
| 02 U.S. | 02 |
| 03 State | |
| 04 County | |
| 05 Local | |
| 06 Turnpike / Toll | |

- 07 Forest Road
- 08 Private Roadway
- 77 All Other (Explain In Narrative)
- 88 Unknown

### LIGHTING CONDITION

| | |
|---|---|
| 01 Daylight | |
| 02 Dusk | |
| 03 Dawn | 05 |
| 04 Dark (Street Light) | |
| 05 Dark (No Street Light) | |
| 88 Unknown | |

### ROAD SURFACE CONDITION

| | |
|---|---|
| 01 Dry | |
| 02 Wet | |
| 03 Slippery | 01 |
| 04 Icy | |
| 77 All Other (Explain In Narrative) | |

### WEATHER

| | |
|---|---|
| 01 Clear | |
| 02 Cloudy | |
| 03 Rain | 01 |
| 04 Fog | |
| 77 All Other (Explain In Narrative) | |

### ROAD SURFACE TYPE

| | |
|---|---|
| 01 Slag/Gravel/Stone | |
| 02 Blacktop | |
| 03 Brick/Block | |
| 04 Concrete | 02 |
| 05 Dirt | |
| 77 All Other (Explain In Narrative) | |

## ROAD CONDITIONS AT TIME OF CRASH

| | |
|---|---|
| 01 No Defects | |
| 02 Obstruction With Warning | |
| 03 Obstruction Without Warning | 01 |
| 04 Road Under Repair / Construction | |
| 05 Loose Surface Materials | |
| 06 Shoulders - Soft / Low / High | |
| 07 Holes / Ruts / Unsafe Paved Edge | |
| 08 Standing Water | |
| 09 Worn / Polished Road Surface | |
| 77 All Other (Explain In Narrative) | |

### VISION OBSTRUCTED

| | |
|---|---|
| 01 Vision Not Obscured | |
| 02 Inclement Weather | 01 |
| 03 Parked / Stopped Vehicle | |
| 04 Trees / Crops / Bushes | |
| 05 Load On Vehicle | |
| 06 Building / Fixed Object | |
| 07 Signs / Billboards | |
| 08 Fog | |
| 09 Smoke  77 All Other (Explain In Narrative) | |
| 10 Glare | |

### TRAFFIC CONTROL

| | |
|---|---|
| 01 No Control | |
| 02 Special Speed Zone | |
| 03 Speed Control Sign | |
| 04 School Zone | |
| 05 Traffic Signal    11 Posted No U-Turn | 05 |
| 06 Stop Sign         12 No Passing Zone | |
| 07 Yield Sign        77 All Other (Explain In Narrative) | |
| 08 Flashing Light | |
| 09 Railroad Signal | |
| 10 Officer / Guard / Flagperson | |

### SITE LOCATION

| | |
|---|---|
| 01 Not At Intersection / RR X-ing / Bridge | |
| 02 At Intersection | |
| 03 Influenced By Intersection | 03 |
| 04 Driveway Access | |
| 05 Railroad        11 Private Property | |
| 06 Bridge          12 Toll Booth | |
| 07 Entrance Ramp   13 Public Bus Stop Zone | |
| 08 Exit Ramp       77 All Other (Explain In Narrative) | |
| 09 Parking Lot - Public | |
| 10 Parking Lot - Private | |

### TRAFFICWAY CHARACTER

| | |
|---|---|
| 01. Straight - Level | |
| 02. Straight - Upgrade / Downgrade | 01 |
| 03. Curve - Level | |
| 04. Curve - Upgrade / Downgrade | |

### TYPE SHOULDER

| | |
|---|---|
| 01. Paved | |
| 02. Unpaved | 02 |
| 03. Curb | |

## Violator(s)

| SECTION # | NAME OF VIOLATOR | FL STATUTE NUMBER | CHARGE | CITATION NUMBER |
|---|---|---|---|---|
| 1 | Richard Smith | 316.1925 | Careless Driving | 5880 BSN |
| | | | | |
| | | | | |
| | | | | |