*Exhibit C*

# FLORIDA TRAFFIC CRASH REPORT
## NARRATIVE/DIAGRAM
MAIL TO: DEPARTMENT OF HIGHWAY SAFETY & MOTOR VEHICLES, TRAFFIC CRASH
RECORDS SECTION, NEIL KIRKMAN BUILDING, TALLAHASSEE, FL 32399-0500

**DO NOT WRITE IN THIS SPACE**

| TIME EMS NOTIFIED (FATALITIES ONLY) | TIME EMS ARRIVED (FATALITIES ONLY) | DATE OF CRASH | COUNTY / CITY CODE | INVEST. AGENCY REPORT NUMBER | HSMV CRASH REPORT NUMBER |
|---|---|---|---|---|---|
| ☐ AM ☐ PM | ☐ AM ☐ PM | 09 04 02 | 09-00 | 02-39-13353-09 | 7114 7966 |

( NARRATIVE )

Vch.# 2 traveling east on U.S. Alt 90, stopped due to heavy traffic ahead. Vch.#1 traveling east, and approaching Vch# 2 from the rear, failed to stop before colliding with Vch.#2. Vch.#1's front struck Vch.#2's rear.

| SEC# | PASS# | PASSENGER'S NAME | CURRENT ADDRESS | CITY & STATE | ZIP CODE | DATE OF BIRTH | RACE | SEX | LOC | INJ | S. EQUIP. | EJECT. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Eloise Smith | 3537 Tallship Lane | Pensacola FL | 36536 | 03-15-47 | W | F | 3 | 2 | | 1 |
| 2 | 1 | Lillian Frieson | P.O. Box 3612 | Mobile AL | 36652 | 03-16-51 | B | F | 3 | 2 | | 1 |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

| | SECTION # | NAME OF VIOLATOR | FL STATUTE NUMBER | CHARGE | CITATION NUMBER |
|---|---|---|---|---|---|
| Violator(s) | | | | | |
| | | | | | |

| WITNESS NAME (1) | CURRENT ADDRESS | CITY & STATE | ZIP CODE | WITNESS NAME (2) | CURRENT ADDRESS | CITY & STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|
| None | | | | | | | |

| FIRST AID GIVEN BY - NAME | 1. Physician or Nurse 2. Paramedic or EMT 3. Police Officer 4. Certified 1st Aider 5. Other | INJURED TAKEN TO: | BY - NAME |
|---|---|---|---|
| Escambia EMS | 3 | West Florida Hosp. | Esc. Co. E.M.S. |

| WAS INVESTIGATION MADE AT SCENE? 1. YES 2. NO | IF NO, THEN WHERE? | IS INVESTIGATION COMPLETE? 1. YES 2. NO | IF NO, THEN WHY? | DATE OF REPORT | PHOTOS TAKEN 1. YES 2. NO | IF YES, BY WHOM? 1. INVESTIGATING AGENCY 2. OTHER |
|---|---|---|---|---|---|---|
| 1 | | 1 | | 09 04 02 | 2 | |

| INVESTIGATOR - RANK & SIGNATURE | ID/BADGE NUMBER | DEPARTMENT | FHP | SO | PD | OTHER |
|---|---|---|---|---|---|---|
| Tpr. M. J. Pistaro | 0944-0851 | | X | | | |

HSMV-90005 (Rev. 1/02)    Page  3  of  4

DIAGRAM



INDICATE NORTH
WITH ARROW



U.S. Alt 90