IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

2005 DEC 27 P 3:25

PHILLIPPI S. LOWE, Pro Se.
    Plaintiff

vs.                                      CIVIL ACTION NO. 2:05CV1181-W T

RICHARD N. SMITH,
ELOISE M. SMITH, and
LILLIAN FRIESON
    Defendants.

### MOTION OBJECTIONS TO MAGISTRATE'S FINDINGS FOR IMPROPER VENUE AND LACK OF: SHOWING CAUSE THAT THIS ACTION SHOULD NOT BE DISMISSED

Comes now the Plaintiff Phillippi S. Lowe as **ordered** and was **directed** by United States Magistrate Judge Susan Russ Walker on the 15 day of December, 2005 to show cause, on or before December 29, 2005, why above reference civil action should not be dismissed. Plaintiff Phillippi S. Lowe object to Magistrate Judge findings and propounds to the United States District Courts it would be premature to dismiss the above action without affording Plaintiff the opportunity to proceed with reasonable discovery, which he alleged would demonstrate jurisdictional facts. Rule 12.4 Majd-Pour v. Georgianna Community Hospital, Inc. (CA11th, 1984) 724 F2d 901. Plaintiff incorporates by reference of the original complaint paragraphs 1 through 11 that he was openly discriminated against by the (all white Officers present at the scene) Florida State Highway Patrol operating in their scope as State employees and who is defendants unknown to plaintiff but will be amended when ascertain showing proper venue, and

the action of Florida State posses a jury question.

Respectfully submitted,

Phillippi S. Lowe  Pro Se.
P.O. Box 368
Evergreen, Al 36401
334-284-6888

## CERTIFICATE OF SERVICE

I certify that a copy of the forgoing has been served by placing same in the U.S. Mail, postage prepaid and properly addressed as follows:

Mr. Richard N. Smith
3237 Tallship Lane
Pensacola, Florida 32526

Mrs. Eloise M. Smith
3237 Tallship Lane
Pensacola, Florida 32526

Mrs. Lillian Frieson
P.O. Box 794
Monroeville, AL. 36461

PHILLIPPI S. LOWE