IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

2005 DEC 27 P 3: 25

PHILLIPPI S. LOWE, Pro Se.
    Plaintiff

vs.                                      CIVIL ACTION NO. 2:05CV1181-W T

RICHARD N. SMITH,
ELOISE M. SMITH, and
LILLIAN FRIESON
    Defendants.

### SECOND MOTION: OBJECTIONS TO MAGISTRATE'S FINDINGS FOR IMPROPER VENUE AND LACK OF: SHOWING CAUSE THAT THIS ACTION SHOULD NOT BE DISMISSED

Comes now the Plaintiff Phillippi S. Lowe as **ordered** and was **directed** by United States Magistrate Judge Susan Russ Walker on the 15 day of December, 2005 to show cause, on or before December 29, 2005, why above reference civil action should not be dismissed. Plaintiff Phillippi S. Lowe object to Magistrate Judge findings and propounds to the United States District Courts it would be premature to dismiss the above action it fairly presents a question of law or fact the Federal court ought to hear. Plaintiff will show, Monroeville Alabama Judge and citizen O. L. Biggs was arrested for allegedly drinking and driving in (on or about 2002, 2003), Pensacola Florida, and subject to all Florida States laws, media abuse, and etc., although he was not involved in auto accident. Defendants Richard N. (Eloise) Smith citizens of Pensacola Florida was on a drinking alcohol and driving spree ( refer to original complaint statments of facts 5-8) and not arrested or subject to the same Florida State laws.  Plaintiff a citizen of Alabama was

denied his Constitutional rights by Florida State because he is black and a citizen of Alabama. Florida State should have enforced the same laws on Richard N. (Eloise) Smith, as Florida State did on Alabama Judge O. L. Biggs, which have stopped (Florida State intention to aid their citizens U.S. Constitution or no U.S. Constitution) Plaintiff from being able to recover (medical expense, personal injuries, incorporation damages, and etc. This is a genuine issue of dispute and poses a Federal jury question. Florida State and Florida Highway Patrol employees is defendants unknown to Plaintiff at this time but will be amended when ascertain. Plaintiff reserve rights to amend under Rule 15.

Respectfully submitted,

Phillippi S. Lowe Pro Se.
P.O. Box 368
Evergreen, Al 36401
334-284-6888

### CERTIFICATE OF SERVICE

I certify that a copy of the forgoing has been served by placing same in the U.S. Mail, postage prepaid and properly addressed as follows:

Mr. Richard N. Smith
3237 Tallship Lane
Pensacola, Florida 32526

Mrs. Lillian Frieson
P.O. Box 794
Monroeville, AL 36461

Mrs. Eloise M. Smith
3237 Tallship Lane
Pensacola, Florida 32526

PHILLIPPI S. LOWE