IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PHILLIPPI S. LOWE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CIVIL ACTION NO.: 2:05CV1181-T |
| | * | |
| RICHARD N. SMITH; ELOISE | * | |
| SMITH; And LILLIAN FRIESON, | * | |
| | * | |
| Defendants. | * | |

**NOTICE OF APPEARANCE AND**
**AGREEMENT TO RECOMMENDATION**

COMES NOW the undersigned attorney, Alex L. Holtsford, Jr., on behalf of the Defendant named in the Complaint as Lillian Frieson, and hereby gives notice of his appearance on behalf of Lillian Frieson.  Furthermore, this Defendant asserts improper venue and agrees with the recommendation of the United States Magistrate Judge to dismiss this case for lack of proper venue, as set forth in the order dated January 4, 2006. This Defendant also asserts that the Complaint fails to state a viable claim against her upon which relief could be granted under applicable law, and furthermore that the claim is barred by the applicable statute of limitations, and also reserves all other defenses available under applicable law, if necessary to be asserted in the future.

DATED this _____6_____ day of January, 2006.

_____
ALEX L. HOLTSFORD, JR. (HOL048)
Attorney For Defendant Lillian Frieson

OF COUNSEL:
NIX HOLTSFORD GILLILAND
   HIGGINS & HITSON, P.C.
Post Office Box 4128
Montgomery, Alabama 36103-4128
Telephone:   (334) 215-8585
Facsimile:   (334) 215-7101

## CERTIFICATE OF SERVICE

    I hereby certify that I have this day mailed, postage prepaid, an exact copy of the foregoing document to:

Phillippi Lowe
Plaintiff
Post Office Box 368
Evergreen, Alabama 36401

    This the __6__ day of January, 2006.

_____
OF COUNSEL