IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

PHILLIPPI S. LOWE, Pro Se.
    Plaintiff

vs.                                CIVIL ACTION NO. 2:05CV1181-W

RICHARD N. SMITH,
ELOISE M. SMITH, and
LILLIAN FRIESON
    Defendants.

**MOTION: OBJECTIONS TO ORDER AND RECOMMENDATION OF THE HONORABLE MAGISTRATE JUDGE SUSAN R WALKER: FOR THIS OBJECTION PLAINTIFF WILL SHOW THAT DEFENDANT LILLIAN FRIESON IS A HARMLESS ERROR, THIS OBJECTION, AND MOTION FOR DEFENDANT (LILLIAN FRIESON) REMOVAL WILL CURE IMPROPER JURISDICTION.**

Comes now the Plaintiff Phillippi S. Lowe and propounds to the Honorable Federal Courts objection to order and recommendation of the Honorable Magistrate Judge Susan R. Walker, in pursuant to the Federal Rules of Civil court procedure rules 15.7 that Defendant Lillian Frieson is a harmless error. The court may permit a proper or necessary party to be dropped where his presence destroys diversity jurisdiction. Jaser v. New York Property Ins. Underwriting Ass'n (CA2d, 1987) 815 F2d 240 (refusal to allow a plaintiff to dismiss non-diverse defendants who are not indispensable to the litigation is an abuse of discretion); Finn v. American Fire & Casualty Co. (CA5th, 1953) 207 F2d 113, cert denied (1954) 347 US 912, 74 S Ct 476, 98 L ed 1069: 19.01. 19.11, 19.19. For this motion objection and removal of defendant Lillian Frieson, resident of Mobile Alabama, Plaintiff will show;

1. That Defendant Mrs. Lillian Frieson of Mobile Alabama is a harmless error. Defendant Mrs. Lillian Frieson did nothing to contribute to the drinking alcohol and driving spree, that caused automobile accident charged to Defendants Mr. Richard and Eloise Smith, neither contribute to the felony discrimination and violation of the Federal statue by Florida State, and Florida State employees.

2. In pursuant to Rule 15.7 Plaintiff demand that Mrs. Lillian Frieson be dismiss from the above caption action to cure improper venue, furthermore Plaintiff will amend diverse defendants A,B,C, D, name and address who are unknown at this time.

Respectfully submitted,

Phillippi S. Lowe
P.O. Box 368
Evergreen, Alabama
334-284-6888

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served by placing same in the U.S. Mail, postage prepaid and properly addressed as follows:

Mr. Richard N. Smith
3237 Tallship Lane
Pensacola, Florida 32526

Mrs. Eloise M. Smith
3237 Tallship Lane
Pensacola, Florida 32526

Mrs. Lillian Frieson
P.O. Box 794
Monroeville, AL 36461

PHILLIPPI S. LOWE, Pro Se.