Lowe

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Kay Addison  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Kay Addison  1-10-6<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Mr Richard N. Smith<br>3237 Tallship Lane<br>Pensacola, Florida<br>32526 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| 2:05CV1181 (alias summ 20 dys)<br>2. Article Number<br>(Transfer from service label)  7003 2260 0000 9425 4808 | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540