Lowe

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Richard N. Smith
    3237 Tallship Lane
    Pensacola, FL 32526

2:05CV1181 (Order + R+R Doc. #7)

2. Article Number
   (Transfer from service label)

   7005 1160 0001 2962 2918

PS Form 3811, August 2001   Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Koey Addeso   ☐ Agent
                   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
   Kay Addison                   1-10-6

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

102595-02-M-1540