**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                          TELEPHONE (334) 954-3600

# NOTICE OF REASSIGNMENT

Re:   Phillipe S. Lowe v. Richard N. Smith, et al.
      Civil Action No. #2:05-cv-01181-MHT

The above-styled case has been reassigned to Judge W. Keith Watkins.

Please note that the case number is now #2:05-cv-01181-WKW.  This new case number should be used on all future correspondence and pleadings in this action.