IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PHILLIPPI S. LOWE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05CV1181-WKW |
| | ) |
| RICHARD N. SMITH, et al., | ) |
| | ) |
| Defendants. | ) |

**JUDGMENT**

In accordance with the order entered on this date, it is the ORDER, JUDGMENT and DECREE of this court that this action is DISMISSED without prejudice.

DONE this 25th day of January, 2006.

                                              /s/  W.  Keith Watkins
                                              UNITED STATES DISTRICT JUDGE