

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

PHILLIPPI S. LOWE, Pro Se.
    Plaintiff

vs.                                    CIVIL ACTION NO. 2:05CV1181-WKW

RICHARD N. SMITH,
ELOISE M. SMITH, and
LILLIAN FRIESON
    Defendants.

**MOTION: FOR MORE DEFINITIVE STATEMENT OF U S DISTRICT JUDGE W. KEITH WATKINS ORDER, AND WORDS " FICTITIOUS PARTY PRACTICE" AND "DISMISSAL WITHOUT PREJUDICE" TO (de jure) EXPLAIN IN DETAIL. UPHOLD THE LAW AND THE FEDERAL RULES OF CIVIL COURT PROCEDURE IT WILL BE A VIOLATION OF UNITED STATES CONSTITUTION DUE PROCESS AND ABUSE OF DISCRETION NOT TO AFFORD PLAINTIFF REASONABLE TIME TO AMEND WITHOUT ADDITIONAL FEES TO PRESENT FACTUAL DISCOVERIES TO SUSTAIN JUSTICE**

    Comes now Plaintiff Phillippi S. Lowe and propounds to the Honorable Federal Courts for a more definitive order and judgment of U. S. District Judge W. Keith Watkins for this motion Plaintiff will show: violations of Federal, State, and City law as it relates to judges, police, and etc., often is compounded by prejudice with the intent to discourage, abuse, discriminate, and violate litigants Constitutional Rights. For this reason Plaintiff plead for a more definitive detail judgment and order of, required fees, time, and definition of "fictitious party practice" and "without prejudice". Plaintiff remind the Courts that this action is pro se, and in order to sustain justice Plaintiff need clear definition.

Respectfully submitted,

*Phillippi S. Lowe* (signature)

Phillippi S. Lowe
P.O. Box 368
Evergreen, Alabama
334-284-6888

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served by placing same in the U.S. Mail, postage prepaid and properly addressed as follows:

Mr. Richard N. Smith
3237 Tallship Lane
Pensacola, Florida 32526

Mrs. Eloise M. Smith
3237 Tallship Lane
Pensacola, Florida 32526

Mrs. Lillian Frieson
P.O. Box 794
Monroeville, AL 36461

PHILLIPPI S. LOWE, Pro Se.