IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| PHILLIPPI S. LOWE, Pro Se, | * |
| Plaintiff, | * |
| v, | *   Case No. 2:05-CV-1181-WKW |
| RICHARD N. SMITH, ELOISE M. SMITH and LILLIAN FRIESON, | * |
| Defendants. | * |

## DEFENDANTS' MOTION TO STRIKE/MOTION TO DISMISS

### MOTION TO STRIKE

COME NOW Defendants Richard N. Smith and Eloise M. Smith, by and through their attorney, and request this Court to strike Plaintiff's "Motion: For More Definitive Statement of U.S. District Judge W. Keith Watkins Order . . . ", and as grounds for said Motion would show unto the Court as follows:

1. The undersigned counsel filed a Notice of Appearance and previously filed documents that would reflect his involvement as counsel of record.

2. The Plaintiff's Motion indicates on the certificate of service that it was not sent to undersigned counsel.

3. Under Rule 5(b) F.R.C.P., service on a party represented by an attorney is made on the attorney, and Plaintiff has failed to serve undersigned counsel.

### MOTION TO DISMISS

Without waiver of the foregoing, Defendants request this Court to dismiss Plaintiff's Motion for More Definitive Statement, and as grounds for said Motion would show unto the Court that the Motion for More Definitive Statement fails to state any sort of claim upon which relief may be granted and that a party asking the Court for a More Definitive Statement of an Order is not contemplated under the Federal Rules of Civil Procedure.

WHEREFORE, Defendants request the Court to strike Plaintiff's Motion and/or to dismiss it in its entirety.

                                                 Respectfully submitted,

/s/ James A. Rives
JAMES A. RIVES (RIV005)
EMILY C. MARKS    COO054
Attorneys for Defendants
Richard N. Smith and Eloise M. Smith

OF COUNSEL:

BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, AL 36102-2148
Telephone (334) 387-7680
Facsimile  (334) 387-3222

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2006, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system.  The following person, not registered with the CM/ECF system, was served by U.S. mail:

Alex L. Holtsford, Jr., Esq.
Nix, Holtsford, Gilliland, Higgins & Hitson
P.O. Box 4128
Montgomery, Alabama 36103-4128

Mr. Phillippi S. Lowe
P.O. Box 368
Evergreen, Alabama 36401

by placing same in the U.S. mail postage prepaid on February 10, 2006.

-  /s/ James A. Rives
OF COUNSEL