IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PHILLIPPI S. LOWE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-CV-1181-WKW |
| | ) (WO) |
| RICHARD N. SMITH, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This case is before the Court on the plaintiff's Motion for More Definite Statement (Doc. # 22), filed on February 8, 2006, which is construed as a motion to alter or amend judgment under Federal Rule of Civil Procedure 59(e). "Rule 59(e) provides no specific grounds for relief, and 'the decision to alter or amend judgment is committed to the sound discretion of the district judge.'" *Taylor v. First North Am. Nat. Bank,* 331 F. Supp. 2d 1354, 1355 (M.D. Ala. 2004) (quoting *American Home Assur. Co. v. Glenn Estess & Assocs., Inc.*, 763 F.2d 1237, 1238-39 (11th Cir. 1985)). There are four recognized grounds for granting a Rule 59(e) motion: "(1) manifest errors of law or fact upon which the judgment was based; (2) newly discovered or previously unavailable evidence; (3) manifest injustice in the judgment; and (4) an intervening change in the controlling law." *Id.* The plaintiff has not offered any arguments or evidence to demonstrate that any of these four grounds has been met in the present case.

Therefore, it is hereby ORDERED that the plaintiff's Motion for More Definite Statement (Doc. # 22) is DENIED. The defendants' Motion to Strike (Doc. # 23), filed on February 10, 2006, is hereby DENIED as MOOT.

DONE this the 20th day of March, 2006.

                                       /s/ W. Keith Watkins
                               UNITED STATES DISTRICT JUDGE